MARCH 21, 1940

**No. 43424.—SUIT 4206.—** —Densten Felt & Hair Co. Abstract 39461 affirmed. C. A. D. 101.

BEFORE THE FIRST DIVISION, MARCH 27, 1940

**No. 43425.—**Protest 996490–G of B. Altman & Co. (New York).

Opinion by TILSON, J. It was stipulated that the wooden stands in question are similar to those involved in *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43426.—**Protest 995762–G of B. Altman & Co. (New York).

Opinion by TILSON, J. It was stipulated that the wooden stands in question are similar to those involved in *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 27, 1940

**No. 43427.—**Protest 264228–G of Dewan & Berger (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) the filet lace articles in question were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43428.—**Protests 64703–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) and *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) embroidered wearing apparel and Normandy lace were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43429.—**Protests 13456–K (B), etc., of Millinery Clearing House et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.